UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANE DOE and THE STATE OF NEW YORK *ex rel.* JANE DOE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-v-<br><br>RIVERSPRING HEALTH HOLDING CORP.; ELDERSERVE HEALTH, INC., d/b/a RiverSpring at Home; RIVERSPRING HEALTH SENIOR LIVING, INC., d/b/a Hebrew Home at Riverdale; THE HEBREW HOME FOR THE AGED AT RIVERDALE; RIVERSPRING LICENSED HOME CARE SERVICES AGENCY, INC.; and RIVERSPRING SERVICES CORP.,<br><br>　　　　　　　　　　Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff-Intervenor,<br><br>　　-v-<br><br>RIVERSPRING LIVING HOLDING CORP. and ELDERSERVE HEALTH, INC., d/b/a RIVERSPRING AT HOME,<br><br>　　　　　　　　　　Defendants. | 17 Civ. 636 (PKC)<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~]<br>**UNSEALING ORDER** |

　　　　WHEREAS, by notices dated May 20, 2024, and May 17, 2024, and pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the New York False Claims Act, New York State Finance Law § 190(2), the United States of America and the State of New York partially intervened in the above-captioned *qui tam* against defendants RiverSpring Living Holding Corp and ElderServe Health, Inc., d/b/a RiverSpring at Home.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or after the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated November 3, 2022, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to:

   a. The United States' Notice of Election to Partially Intervene;

   b. The United States' Complaint-in-Intervention;

   c. The Stipulation and Order of Settlement and Dismissal entered into by the United States, defendants RiverSpring Living Holding Corp. and ElderServe Health, Inc., d/b/a RiverSpring at Home, and the Relator;

   d. The Stipulation and Order of Settlement and Release Between the United States and Relator;

   e. The State of New York's Notice of Election to Partially Intervene;

   f. The Stipulation and Order of Settlement and Dismissal entered into by the State of New York, defendants RiverSpring Living Holding Corp. and ElderServe Health, Inc., d/b/a RiverSpring at Home, and the Relator; and

      g. Relator's Complaint.

Dated: May 23, 2024
       New York, New York

SO ORDERED:

*/s/ P. Kevin Castel*

HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE